UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:23-CR-00116-1-D
Civil No. 5:25-CV-00119-D

Andre Donnell Downey,                   )
                                        )
           Petitioner,                  )
                                        )
    v.                                  )            ORDER
                                        )
United States of America,               )
                                        )
           Respondent.                  )

    Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

    SO ORDERED. This *30* day of March, 2026.


                                    _____
                                    JAMES C. DEVER III
                                    UNITED STATES DISTRICT JUDGE